Debtor: **Pamela Jean Smith**     SSN: XXX-XX-5597     Net Monthly Earnings: **$255**
Joint:     SSN:     Number of Dependents: **0**

I. Plan Payments:
    ( X ) Debtor(s) propose to pay direct a total of: **$255** [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ X ] Monthly; or
    ( ) Payroll Deduction Order to:_
         For: **$** [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ ] Monthly

Length of plan is approximately **60** months, and the total to be paid into the plan is approximately **$15,300**.

    [X] Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

    A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
        The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

    B. * Total ATTORNEY FEE: **$3,000**. **$0.00** paid pre-petition; **$950** to be paid upon confirmation and **$40** per month until paid in full.

    C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
       1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: Debtor | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | $60,728.00 | $393.00 Debtor | September 2017 | 0 | 0 | 0 | 0 |

       2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A.P. Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| Credit Acceptance Corp. | $90 | $9,113 | $9,000 | $0 | 2007 Honda Civic | 5.5% | $190.84 | After CONF |

       3. Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Go Financial | $8,243 | Unknown | 2010 Nissan Altima | 3rd party pays and drives |

III. Special Provisions:
       ( ) This is an original plan. ( X ) This is an amended plan replacing plan **07/10/2017**.

    Other Provisions:
1. The Trustee will made disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee, 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.
2. Filed and allowed non-priority UNSECURED claims to be paid **$154** pro rata.
3. Allowed secured claims not provided in plan to receive 5.5% interest by fixed payment over 54 months. Allowed priority claims not provided in plan to be paid without interest by fixed payment over 54 months.
4. Debtor (i) will pay all pre and post-petition electric service charges in lieu of posting a deposit under 11 U.S.C. § 366 and (ii) acknowledges that 11 U.S.C. § 362 will not prohibit collection of these debts by APCO.

Dated: 8-17-2017     /s/ Pam Smith
                               Debtor

Attorney for Debtor:
Wilson Bettis LLC
1902 8th Street
Tuscaloosa AL 35401
205-349-1280

Joint-Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com


All Parites on ECF Matrix
VIA US MAIL


/S/ Kathryn L. Bettis
Kathryn L. Bettis

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    PRA Receivables Management, LLC
1126-7                                   P.O. Box 165028                                 PO Box 41021
Case 17-71228-JHH13                      Irving, TX 75016-5028                           Norfolk, VA 23541-1021
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Mon Aug 21 09:01:46 CDT 2017

U. S. Bankruptcy Court                   Alabama Credit Union A                          Cbs Collection Division
2005 University Blvd., Room 2300         220 Paul Bryant E                               Po Box 3227
Tuscaloosa, AL 35401-1546                Tuscaloosa, AL 35401-2007                       Tuscaloosa, AL 35403-3227


Check Into Cash                          Check Into Cash                                 Check Into Cash
5550 McFarland Blvd                      Attn: Collection/Cindy                          Attn:Collections
Suite 500                                PO Box 550                                      PO Box 550
Northport, AL 35476-2315                 Madisonville, TN 37354-0550                     Cleveland, TN 37364-0550


Check into Cash                          Check into Cash                                 Credit Acceptance
1911 Skyland Drive                       PO Box 550                                      25505 West 12 Mile Rd
Tuscaloosa, AL 35405-5865                Cleveland, TN 37364-0550                        Suite 3000
                                                                                         Southfield, MI 48034-8331


DCH  Regional Medical Center             DCH  Regional Medical Center                    DCH Emergency Drs Regional
809 University Blvd. East                C/O Dishuck & Lacoste                           PO Box 11407 Drawer 635
Tuscaloosa, AL 35401-2071                PO Box 20677                                    Birmingham, AL 35246-0100
                                         Tuscaloosa, AL 35402-0677


DCH Emergency Physicians                 DCH Emergency Physicians                        DCH Regional Mediacl Center
C/O Plantation Billing Center            PO Box 189016                                   PO Box 2058
PO Box 459077                            Fort Lauderdale, FL 33318-9016                  Tuscaloosa, AL 35403-2058
Sunrise, FL 33345-9077


DCH Regional Medical Center              (p)DIRECTV LLC                                  Dean Eaton
809 University  Blvd. E.                 ATTN BANKRUPTCIES                               10190 Chesnut Lane
Tuscaloosa, AL 35401-2071                PO BOX 6550                                     Brookwood, AL 35444-1000
                                         GREENWOOD VILLAGE CO 80155-6550


Direct Mgmt, Inc                         Direct Tv                                       Dorothy Eaton
4320 Downtowner Loop  Ste A              PO Box 7954                                     c/o Paul Patterson, Esq.
Mobile, AL 36609-5447                    Westbury, NY 11590-7954                         1323 Hargrove Road East
                                                                                         Tuscaloosa, AL 35405-1607


ERC/Enhanced Recovery Corp               Franklin Collection Service, Inc                Go Financial
8014 Bayberry Rd                         Po Box 3910                                     7465 E Hampton Ave
Jacksonville, FL 32256-7412              Tupelo, MS 38803-3910                           Mesa, AZ 85209-3328


(p)JEFFERSON CAPITAL SYSTEMS LLC         NORTHPORT DCH                                   Northport  Medical Center
PO BOX 7999                              2700 Hospital Dr.                               PO Box 1489
SAINT CLOUD MN 56302-7999                Northport, AL 35476-3380                        Tuscaloosa, AL 35403-1489
```

| | | |
|---|---|---|
| Northport DCH<br>809 University Blvd E<br>Tuscaloosa, AL 35401-2029 | Northport Emergency Physicians<br>PO Box 459077<br>Sunrise, FL 33345-9077 | Northport Emergency Physicians<br>PO Box 740022<br>Cincinnati, OH 45274-0022 |
| Patterson Comer Law Firm<br>Attn: Paul W. Patterson, II<br>1323 Hargrove Rd E<br>Tuscaloosa, AL 35405-1607 | Radiology Clinic<br>208 McFarland Circle N<br>Tuscaloosa, AL 35406-1809 | Sonya Wallace<br>10822 Propst Rd<br>Duncanville, AL 35456-3017 |
| Verizon<br>3 Verizon Pl<br>Alpharetta, GA 30004-8510 | Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Verizon<br>PO Box 4001<br>Acworth, GA 30101-9002 |
| Verizon Wireless<br>3 Verizon Place<br>Alpharetta, GA 30004-8510 | Verizon Wireless<br>PO Box 26055<br>Minneapolis, MN 55426-0055 | Wells Fargo Home Mor<br>Written Correspondence Resolutions<br>Mac#2302-04e<br>DesMoines, IA 50306 |
| C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 | Eric M Wilson<br>Wilson Bettis LLC<br>1902 8th Street<br>Tuscaloosa, AL 35401-2128 | Kathryn Lila Bettis<br>Wilson Bettis LLC<br>1902 8th Street<br>Tuscaloosa, AL 35401-2128 |
| Pamela Jean Smith<br>10180 Chestnut Lane<br>Brookwood, AL 35444-1000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DIRECT TV<br>PO BOX 9001069<br>Louisville, KY 40290-1069 | (d)Direct Tv<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | (d)Directv LLC<br>Main Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 |
| Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

End of Label Matrix  
Mailable recipients 45  
Bypassed recipients 1  
Total 46